**Quincy Winston ADAMS,
Plaintiff–Appellant,**

v.

**Sheldon BROOKS, DDS; et al.,
Defendants–Appellees.**

No. 09–55268.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 4, 2010.

Quincy Winston Adams, Delano, CA, pro se.

Terry A. Barak, Esquire, Deputy Attorney General, AGCA—Office of the California Attorney General, Los Angeles, CA, for Defendants–Appellees.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Quincy Winston Adams, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his dental needs in violation of the Eighth Amendment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Sorrels v. McKee,* 290 F.3d 965, 969 (9th Cir.2002), and we vacate and remand.

The record does not indicate that the district court provided Adams with any notice under *Rand v. Rowland,* 154 F.3d 952 (9th Cir.1998) (en banc). Further, the error was not harmless because it does not appear that Adams had recently received a *Rand* notice in any other litigation, and the record does not disclose that he had a complete understanding of the requirements of Federal Rule of Civil Procedure 56. *See id.* at 961–62.

Each party shall bear its own costs on appeal.

**VACATED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

